LAW OFFICES OF THEODORE T. HERHOLD
THEODORE T. HERHOLD (CAL. SBN 122895)
425 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 699-8921
TEDHERHOLD@GMAIL.COM

HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD (CAL. SBN 103596)
425 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 421-6100
FACSIMILE: (415) 421-1815
JHCWLAW@YAHOO.COM

ATTORNEYS FOR PLAINTIFF
VICTOR B. KLEY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR B. KLEY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>RAVE LLC,<br><br>　　　　　Defendant. | Civil Action No. CV 13-05786 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO SERVE COMPLAINT; DECLARATION OF THEODORE T. HERHOLD; ORDER**<br><br>[Civil L.R. 6-2, 7-12] |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff VICTOR B. KLEY and Defendant RAVE LLC, by and through their respective attorneys, stipulate and agree as follows:

**STIPULATION**

1. Plaintiff initiated this action on December 13, 2013.

2. The case was originally assigned to Magistrate Judge Nathanael Cousins. The case was thereafter reassigned to the Honorable Edward M. Chen by Order dated February 19, 2014 (Doc. No. 8). There are no pending hearing dates or other matters scheduled before the Court.

3. The 120-day deadline under Fed. R. Civ. P. 4(m) to serve the complaint is Saturday April 12, 2014.

4. The parties have engaged in discussions regarding potential resolution of this matter and request a two-week extension of the service deadline, or until April 28, 2014 (the first

STIPULATION FOR EXTENSION OF TIME TO SERVE COMPLAINT　　　　　- 1 -

business day following the 120-day deadline).

5. Good cause exists for the requested extension in order to give the parties additional time to continue negotiations. See Fed. R. Civ. P. 4(m)("But if the plaintiff shows good cause for the failure [to serve within the deadline], the court must extend the time for service for an appropriate period.")

6. Through counsel, Defendant has agreed to accept service of the complaint by notice and waiver under Fed. R. Civ. P. 4(d). Plaintiff has provided copies of the waiver request, complaint and related documents to Defendant's counsel.

7. Should the case not be resolved by the extended deadline of April 28, 2014, the parties agree that, pursuant to Fed. R. Civ. P. 4(d)(1)(F), Defendant shall have up to thirty (30) days, or up to and including May 28, 2014, in which to return the waiver. Pursuant to Fed. R. Civ. P. 4(d)(3), Defendant shall have up to thirty (30) days thereafter, or up to and including June 27, 2014, to respond to the complaint.

8. No other time modifications have been requested or granted in the case, and the extension requested herein will not otherwise affect the schedule of the case.

SO STIPULATED.

DATED: April 8, 2014          Respectfully submitted,

                              LAW OFFICES OF THEODORE T. HERHOLD


                              By:   */s/ Theodore T. Herhold*
                                    Theodore T. Herhold

                              HENNEFER FINLEY & WOOD, LLP
                              Joseph Wood

                              Attorneys for Plaintiff
                              VICTOR B. KLEY

| | | |
|---|---|---|
| 1 | DATED:  April 8, 2014 | Respectfully submitted, |
| 2 | | BAKER HOSTETLER |
| 4 | | By:   */s/Kenneth Sheehan* |
| | | Kenneth Sheehan |
| 6 | | Kenneth Sheehan |
| | | Washington Square |
| | | 1050 Connecticut Avenue, N.W., Suite 1100 |
| 7 | | Washington, D.C. 20036-5304 |
| | | Tel. 202.861.1682 |
| 8 | | Fax 202.861.1783 |
| | | ksheehan@bakerlaw.com |
| 9 | | |
| | | Attorneys for Defendant |
| 10 | | RAVE LLC |

STIPULATION FOR EXTENSION OF TIME TO SERVE COMPLAINT         - 3 -

**DECLARATION OF THEODORE T. HERHOLD**

1. I, Theodore T. Herhold, am an attorney for Plaintiff Victor B. Kley.

2. The matters set forth above are true and correct to the best of my knowledge, information and belief.

3. I am the ECF User whose identification and password are being used to file this Stipulation under Civ. L.R. 6-2 and 7-12.  Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that counsel for Defendant RAVE LLP has concurred in this filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of April, 2014, at Kamuela, Hawaii.

                                         /s/ *Theodore T. Herhold*
                                         Theodore T. Herhold

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing therefor, the Court orders the following:

1. The 120-day service deadline imposed by Fed. R. Civ. P. 4(m) is hereby extended to April 28, 2014.

2. Defendant has agreed to accept service by waiver pursuant to Fed. R. Civ. P. 4(d) and has been provided copies of the waiver request, complaint and related documents.

3. Pursuant to Rule 4(d)(1)(F), Defendant shall have up to and including May 28, 2014 in which to return the waiver.

4. Pursuant to Rule 4(d)(3), Defendant shall have up and including June 27, 2014 to respond to the complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/9/14 _____



STIPULATION FOR EXTENSION OF TIME TO SERVE COMPLAINT            - 2 -