UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR KLEY,

    Plaintiff,

  v.

RAVE LLC,

    Defendant.

Case No. 13-cv-05786-HSG

**SCHEDULING ORDER**

Re: Dkt. No. 50

## ORDER

Good cause appearing, the Court orders that all current case deadlines are hereby extended for a period of two (2) months as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert disclosures | 4/8/15 | 6/8/15 |
| Rebuttal expert disclosures | 4/22/15 | 6/22/15 |
| Discovery cut-off (fact and expert) | 5/27/15 | 7/27/15 |
| Last day to file dispositive motions | 6/23/15 | 8/23/15 |
| Pretrial conference | 8/11/15 | 10/11/15 |
| Trial | 8/24/15 | 10/24/15 |

**IT IS SO ORDERED.**

Dated: 4/1/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge