1
2
3
4          **UNITED STATES DISTRICT COURT**
5          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 6  VICTOR B. KLEY, | Civil Action No. CV 13-05786 HSG |
| 7           Plaintiff, | **STIPULATION FOR DISMISSAL** |
| 8      v. | |
| 9  RAVE LLC, | |
| 10          Defendant. | |

11      IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure

12  41(a)(1)(A)(ii), by and between Plaintiff VICTOR B. KLEY and Defendant RAVE LLC, through

13  their respective counsel, that the above-entitled action is dismissed in its entirety with prejudice,

14  each side to bear its own attorneys' fees and costs of suit.

15  DATED: July 21, 2015          Respectfully submitted,

16                                 By    */s/ Theodore T. Herhold*
17                                        Theodore T. Herhold

18                                 LAW OFFICES OF THEODORE T. HERHOLD
                                    Theodore T. Herhold (Cal. SBN 122895)
19                                  275 Battery Street, Suite 200
                                    San Francisco, CA 94111
20                                  Telephone: (415) 699-8921
                                    tedherhold@gmail.com
21
                                    HENNEFER FINLEY & WOOD, LLP
22                                  Joseph Wood (Cal. SBN 103596)
                                    275 Battery Street, Suite 200
23                                  San Francisco, CA 94111
                                    Telephone: (415) 421-6100
24                                  Facsimile: (415) 421-1815
                                    jhcwlaw@yahoo.com
25
26                                  Attorneys for Plaintiff
                                    VICTOR B. KLEY
27
28

STIPULATION FOR DISMISSAL                                                                      - 1 -
CASE NO. CV 13-05786 HSG

1
2  DATED: July 21, 2015          Respectfully submitted,

3                          By     /s/ Michael E. Anderson
                                  Michael E. Anderson
4
                                  BAKER HOSTETLER
5                                 Michael E. Anderson (Admitted *pro hac vice*)
                                  Kenneth J. Sheehan (Admitted *pro hac vice*)
6                                 Washington Square, Suite 1100
                                  1050 Connecticut Ave., NW
7                                 Washington D.C. 20036
                                  Telephone: 202-86101500
8                                 meanderson@bakerlaw.com

9                                 Attorneys for Defendant
                                  RAVE LLC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR DISMISSAL                                                                - 2 -
CASE NO. CV 13-05786 HSG

**ATTESTATION CLAUSE**

I, Theodore T. Herhold, counsel for Plaintiff, hereby attest in accordance with Civ. L.R. 5-1(i)(3), that Michael Anderson, Counsel for Defendant Rave LLC, has provided his concurrence with the electronic filing of the foregoing document.

DATED: July 21, 2015                              */s/ Theodore T. Herhold*
                                                  Theodore T. Herhold